IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

EDDIE LEE PATRICK, JR.　　　　　　　　　　　　　　　　　　　　　　　PETITIONER
ADC # 94049

v　　　　　　　　　　　　NO. 5:10CV00035 JLH-BD

LARRY NORRIS, Director,
Arkansas Department of Correction　　　　　　　　　　　　　　　　　RESPONDENT

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The Petitioner has not filed any objections. After careful review of the recommendation, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Petitioner Eddie Lee Patrick, Jr.'s petition for writ of habeas corpus (Document #1) is DISMISSED without prejudice for lack of jurisdiction pursuant to Rule 4 of the Rules Governing Section 2254 Cases.

IT IS SO ORDERED this 17th day of March, 2010.

_____
UNITED STATES DISTRICT JUDGE